# Exhibit A



# Texas Medical Board

Mailing Address: P.O. Box 2018 • Austin, TX 78768-2018 • Location Address: 333 Guadalupe Tower 3 Suite 610 Austin TX 78701
Phone (512) 305-7100 • Fax (512) 305-7123

August 28, 2015

ALBERT JACKSON TURK JR, MD
1494 SOMERVELL CR 314
CLEBURNE TX  76033

Re: File # 15-2722

Dear Doctor TURK:

The investigation referenced above has been dismissed because the Board determined there was insufficient evidence to prove that a violation of the Medical Practice Act occurred. Specifically, the investigation determined Dr. Turk provided appropriate orders for transfusion and a paracentesis procedure for MA. There was no evidence to support that the procedure was performed by a nurse. There was no evidence to support that Dr. Turk did not follow universal precautions. The standard of care was met; therefore, no further action will be taken.

As such, this complaint has been dismissed without prejudice. No further action will be taken concerning this complaint.

A record of this matter will become a historical part of our files and remains statutorily confidential.

If you have any questions, please contact the Investigations Department at (512) 305-7100.

Sincerely,

The Texas Medical Board

xc: JORDAN M PARKER

CLSUB03.doc